**Order entered March 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01187-CR
No. 05-12-01189-CR

**VANCE LEMORRIS THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F10-42399-Y, F10-42399-Y**

## ORDER

The Court **REINSTATES** the appeals.

On March 22, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On March 27, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the March 22, 2013 order requiring findings.

We **GRANT** the March 27, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
        JUSTICE